AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARIA PETER,
M.P.,
JULIKA BERGER,
J.B.,

Civil Action No. 1:22-cv-00049

        Plaintiffs

v.

SUSAN DIANE WOJCICKI, *CEO online video platform YT,*
WILLIAM HENRY GATES, *President BMGF*,
STEPHANE BANCEL, *CEO Mode-RNA Therapeutics Inc.,*
ALBERT BOURLA, *CEO Pfizer Inc.,*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: The case is **DISMISSED WITH PREJUDICE**.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Holly A. Brady.

DATE:   February 16, 2022           GARY T. BELL, CLERK OF COURT

                                                 By: s/ L. Higgins-Conrad
                                                       *Signature of Deputy Clerk*